UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:09-CR-118(01)RM |
| ) | |
| MARAKA YAZID ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 22, 2009 [Doc. No. 6]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Maraka Yazid's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   October 13, 2009

                                      /s/ Robert L. Miller, Jr.
                                      Chief Judge
                                      United States District Court